# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT S. CHEMELLO & MARY L. CHEMELLO            Case Number: 05-75160
P.O. BOX 2756               SSN-xxx-xx-2923 & xxx-xx-4363
LOVES PARK, IL  61132

Case filed on: 9/26/2005
Plan Confirmed on: 12/2/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $15,524.90          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
|  | Total Legal | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
| 024 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT S. CHEMELLO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICREDIT | 10,000.00 | 10,000.00 | 9,658.37 | 849.21 |
| 002 | NATIONSTAR MORTGAGE LLC | 4,851.61 | 1,634.44 | 1,634.44 | 0.00 |
| 003 | WINNEBAGO COUNTY TREASURER | 500.00 | 481.03 | 481.03 | 72.05 |
|  | Total Secured | 15,351.61 | 12,115.47 | 11,773.84 | 921.26 |
| 001 | AMERICREDIT | 5,552.63 | 5,552.63 | 0.00 | 0.00 |
| 004 | ASPIRE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 536.03 | 536.03 | 0.00 | 0.00 |
| 006 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DANBURY MINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FIRST NATIONAL BANK OF MARIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | B-LINE LLC | 906.56 | 906.56 | 0.00 | 0.00 |
| 013 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | REHABILITATION ASSOC OF NI | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD HEALTH PHYSICIANS | 2,055.00 | 2,055.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD ORTHOPEDIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | LVNV FUNDING LLC | 580.75 | 580.75 | 0.00 | 0.00 |
| 019 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | T-MOBILE | 127.93 | 127.93 | 0.00 | 0.00 |
| 021 | UNIVERSAL FIDELITY CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | AFNI/VERIZON WIRELESS | 476.13 | 476.13 | 0.00 | 0.00 |
| 025 | CREDITORS PROTECTION SERVICE, INC | 703.00 | 703.00 | 0.00 | 0.00 |
| 026 | JEFFERSON CAPITAL SYSTEMS, LLC | 179.24 | 179.24 | 0.00 | 0.00 |
| 027 | NICOR GAS | 427.75 | 427.75 | 0.00 | 0.00 |
| 028 | CAPITAL ONE | 632.93 | 632.93 | 0.00 | 0.00 |
| 029 | CAPITAL ONE | 768.78 | 768.78 | 0.00 | 0.00 |
| 030 | ECAST SETTLEMENT CORPORATION | 653.42 | 653.42 | 0.00 | 0.00 |
| 031 | ECAST SETTLEMENT CORPORATION | 793.02 | 793.02 | 0.00 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 911.46 | 911.46 | 0.00 | 0.00 |
| 033 | LVNV FUNDING LLC | 878.67 | 878.67 | 0.00 | 0.00 |
|  | Total Unsecured | 16,183.30 | 16,183.30 | 0.00 | 0.00 |
|  | Grand Total: | 33,434.91 | 30,198.77 | 13,673.84 | 921.26 |

Total Paid Claimant:      $14,595.10
Trustee Allowance:        $929.80
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008            By  /s/Heather M. Fagan